IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JENNIFER LEE HARRISON,<br><br>   Plaintiff,<br><br>   v.<br><br>SHIRLEY DOBSON,<br><br>   Defendant. | CIVIL ACTION NO.: 4:24-cv-23 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this lawsuit. (Doc. 23.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 13th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA